```
                  UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

JAMIE L. PAULAUSKAS, et al.,    )
                                )
    Plaintiffs,                 )
                                )
    v.                          )   NO. 3:11-0075
                                )   Judge Haynes/Bryant
DICKIE W. OLIVER,               )
                                )
    Defendant.                  )

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 3).

An initial case management conference is set for **Tuesday, March 29, 2011, at 11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 29, 2011.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge