UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JAMIE L. PAULAUSKAS, et al.,    )
                                )
     Plaintiffs,                )
                                )
     v.                         )   NO.  3:11-0075
                                )   Magistrate Judge Bryant
DICKIE W. OLIVER,               )   Jury Demand
                                )
     Defendant.                 )
```

## **O R D E R**

Plaintiffs have filed their Motion To Extend Deadlines (Docket Entry No. 16) in which they state that Ms. Paulauskas has continuing medical problems requiring her to seek further treatment from her doctor. Plaintiffs request an extension until September 1, 2011, "to supplement their Rule 26 disclosure." Plaintiffs further suggest that the Court schedule a follow-up case management conference sometime before September 1 in order to determine whether modifications of other pretrial deadlines are necessary.

The Court infers that plaintiffs seek an extension of time to September 1, 2011, for the purpose of supplementing their expert witness reports or discovery responses concerning the nature and degree of Ms. Paulauskas medical injuries alleged to have occurred in this accident. This requested extension is **GRANTED**.

In addition, a telephone case management conference is set for **Tuesday, August 23, 2011, at 10:00 a.m.** Counsel shall be prepared to discuss the status of plaintiffs' medical treatment,

any remaining discovery, and any necessity to revise pretrial deadlines.

It is so **ORDERED**.

<u>/s/ John S. Bryant</u>
JOHN S. BRYANT
United States Magistrate Judge